FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 20, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | No. 2:20-MC-0004-TOR |
| GERRI M. NEWELL,<br>                Lawyer. | ORDER OF SUSPENSION |

On February 19, 2020, the District Court Executive/Clerk of Court mailed to Attorney Gerri M. Newell an Order to Show Cause, which directed her to explain why she should not be suspended by the U.S. District Court for the Eastern District of Washington. Ms. Newell failed to respond to the Order within twenty-eight days of its entry. *See* LCivR 83.3(d).

**ACCORDINGLY, IT IS ORDERED:**

1. Pursuant to LCivR 83.3, Gerri M. Newell is indefinitely suspended from the practice of law in the U.S. District Court for the Eastern District of Washington, effective immediately.

2. The District Court Executive is directed to send a copy of this Order to Ms. Newell and CLOSE this file.

**DATED** this 20th day of March, 2020.



THOMAS O. RICE
Chief United States District Judge

ORDER OF SUSPENSION ~ 1

# CERTIFICATE OF SERVICE

I hereby certify that I served said attorney with the Order of Suspension using the following methods on March 20, 2020

☒    Service by ECF email account; and

☒    First Class mail to the public mailing address listed in the Washington State Bar Association's Lawyer Directory:

>   Gerri M. Newell
>   7311 E 4th Ave
>   Spokane Valley, WA. 99212-0505

Signature: _____

Date:  March 20, 2020

ORDER OF SUSPENSION ~ 2